**Lavonne DAVIS, Appellant**

v.

**HOUSE OF REPRESENTATIVES,
Elenor Holmes Office,
Appellee.**

No. 10–5365.

United States Court of Appeals,
District of Columbia Circuit.

Feb. 7, 2011.

Rehearing En Banc Denied April 1, 2011.

Lavonne Davis, Washington, DC, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: SENTELLE, Chief Judge, and GINSBURG and TATEL, Circuit Judges.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and appendix filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's order filed September 17, 2010, dismissing appellant's complaint without prejudice be affirmed. Appellant raises no objection on appeal to the district court's determination that it lacked subject matter jurisdiction over the complaint, because it presented neither a federal question nor a basis for diversity jurisdiction. *See* 28 U.S.C. §§ 1331, 1332.

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc. *See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.